UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH THOMAS, et al.,

        Plaintiffs,

Case No. 08-11580

vs.

HON. GEORGE CARAM STEEH

NORTHWEST AIRLINES CORP. and
WAYNE COUNTY AIRPORT AUTHORITY,

        Defendants.
_____/

ORDER SETTING BRIEFING SCHEDULE ON
REMAINING DISPUTED ITEMS IN ACTION PLAN

This matter came before the court for a telephone status conference on August 3, 2010, at which time the court was advised by counsel that settlement of this case has been reached covering all but three aspects of an action plan for implementation at the airport. Those remaining three items will be submitted to the court for decision. The settlement agreement will result in a dismissal of this case without prejudice pending completion of the work required by the action plan. The parties will brief their positions on the three aspects of the action plan still in dispute: 1) creation of a solid, accessible route to elevators from parking areas other than the moving walkway; 2) emergency refuge/egress; and 3) gate counter height. Plaintiffs' brief shall be filed on or before September 3, 2010; defendants' response by 30 days after plaintiff's brief is filed; and plaintiffs' reply within 7 days after defendants' response.

Dated: August 4, 2010

                                    S/George Caram Steeh
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 4, 2010, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk